HENRY SZPERA, a/k/a HENRY SZPARA v.
MOHICAN REFINING CORP.
ELEANOR SZPARA v. MOHICAN REFINING CORP.

March 28, 1973. Petition for certification denied. (See 121 *N. J. Super.* 569).

MARJORIE HUESTON v. WHITE LABORATORIES, INC.

March 28, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. MARIO MOLINARO.

March 28, 1973. Petition for certification denied. (See 122 *N. J. Super.* 181).

STATE OF NEW JERSEY v.
ATLANTIC MANUFACTURING COMPANY, INC.

March 28, 1973. Petition for certification denied.

BERGEN COUNTY BOARD OF CHOSEN FREEHOLDERS v.
BERGEN COUNTY DETECTIVES AND INVESTIGATORS
ASSN.

March 28, 1973. Petition for certification denied.